IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02854-BNB

VIRGIL F. RICE,

Applicant,

v.

JAMES ALDERDEN, Larimer County Sheriff,

Respondent.

## ORDER

At issue is the Letter and CD-Rom Applicant, Virgil F. Rice, submitted to the Court on March 30, 2010. Mr. Rice requests that he be allowed to submit his filings to the Court in CD format because jail personnel will not print copies of the files stored on his CD-ROM. He further indicates that three files are saved on the CD-ROM, including (1) a response to the Court's order entered on March 10, 2010, in the instant action; (2) a copy of the letter he submitted in paper format; and (3) a separate 42 U.S.C. § 1983 civil action to be filed as a separate action. Mr. Rice also requests that the Court order the Larimer County Detention Center to provide him with (1) uninterrupted access to the computer that is already dedicated for his use and to print the documents Mr. Rice has saved on a CD-ROM; (2) envelopes large enough to submit documents to the Court; and (3) with paper and needed postage. Mr. Rice's requests will be denied.

Pursuant to D.C.COLO.LCivR 10.1.D, Mr. Rice is not required to type his pleadings. Mr. Rice does not assert that jail personnel have denied him writing instruments with which to handwrite his pleadings. Furthermore, Mr. Rice does not have a *per se* constitutional right to the use of a typewriter. *See Twyman v. Crisp*, 584

F.2d 352, 358 (10th Cir. 1978) (finding that there is no federally protected right to use a typewriter). The lack of any federally protected right to use a typewriter extends also to the use of a computer.

Although Mr. Rice asks that the Court direct the jail to provide him with paper, envelopes, and stamps, it is apparent that he has access to writing paper because he submitted a five-page letter along with the CD-ROM, and he does not assert that jail personnel have denied him access to either envelopes, stamps, or paper on any particular occasion. Mr. Rice also claims that all of his exhibits are digital images on his CD-ROM, and he is not able to reproduce these exhibits without printing them. The Court finds that there is no need for exhibits at this time and no basis for accepting the exhibits in CD-ROM format. Accordingly, it is

ORDERED that Mr. Rice's request to submit his pleadings and exhibits in CD-ROM format and for unlimited access to a computer and printing capabilities at the jail where he is detained is DENIED. It is

FURTHER ORDERED that Mr. Rice's request for envelopes, stamps, and paper is without merit and is DENIED. It is

FURTHER ORDERED that the Clerk of the Court is directed to return to Mr. Rice the CD-ROM and the certified account statement that he submitted to the Court on March 30, 2010. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Mr. Rice two copies of a Prisoner Complaint form and two copies of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form for is use in filing a separate prisoner complaint. It is

FURTHER ORDERED that Mr. Rice has twenty-one days from the date Respondent files a Preliminary Response to file a Reply, if he so desires.

DATED April 1, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02854-BNB

Virgil F. Rice
Larimer County Det. Center
2405 Midpoint Dr.
Fort Collins, CO 80525

    I hereby certify that I have mailed a copy of the **ORDER, CD ROM, Certified Account Statement submitted 3/30/10, two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and two copies of the Prisoner Complaint forms** to the above-named individuals on 4/1/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk